IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23CR00258-001M

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )          WITHDRAWAL OF WRIT OF
          v.                       )          GARNISHMENT
                                   )
STATE EMPLOYEES' CREDIT UNION,     )
                                   )
                    Defendant.     )

On October 11, 2024, a Writ of Garnishment was issued in this case [D.E. 61], based on an Application for Writ of Garnishment filed by the United States of America on October 10, 2024 [D.E. 57]. The United States of America has now withdrawn its Application for Writ of Garnishment and requested that the Writ be withdrawn. The Writ of Garnishment filed in this matter is hereby withdrawn and is of no further legal consequence.

This _3/_ day of _October_, 2024.

_____
PETER A. MOORE, JR.
Clerk, U. S. District Court